IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYNTHIA J. KOROLL and ROCA LABS, INC., )<br>)<br>Defendants. ) | No. 1:17-cv-02004 |

## MOTION TO TRANSFER VENUE

NOW COMES the Plaintiff, MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY ("MLM"), by and through its attorneys, and moves to transfer venue of this matter from the Northern District of Illinois, Eastern Division to the Northern District of Illinois, Western Division, and as grounds therefor states as follows:

1. On March 14, 2017, the complaint, appearances and related documents in this matter were electronically filed in the Eastern Division, due to an inadvertent error. As the caption of the complaint reflects, this matter was intended to be filed in the Western Division.

2. Plaintiff respectfully requests that this case be transferred to the Western Division in order to correct this inadvertent error.

3. Neither of the defendants have been served, and no party will be prejudiced by the requested transfer.

1

WHEREFORE, for the reasons set forth above, Plaintiff MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY prays that this case be transferred to the Northern District of Illinois, Western Division.

By: /s/Jeffrey A. Siderius
Jeffrey A. Siderius

Jeffrey A. Siderius – (ARDC # 6198107)
Melissa H. Dakich – (ARDC # 6244437)
Cray Huber Horstman Heil & Van Ausdal LLC
303 W. Madison Street, Suite 2200
Chicago, Illinois 60606
(312) 332-8450
jas@crayhuber.com
mhd@crayhuber.com
*Attorneys for Plaintiff, Minnesota Lawyers Mutual Insurance Company*