**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | No. 1:17-cv-02004 |
| **CYNTHIA J. KOROLL and ROCA LABS, INC.,** | ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

## NOTICE OF MOTION

On **March 21, 2017**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Charles P. Kocoras** or any judge sitting in that judge's stead, in **Courtroom 2325** located in the U.S. District Court, Northern District of Illinois, Eastern Division, and present **Plaintiff Minnesota Lawyers Mutual Insurance Company's Motion to Transfer Venue.**

By:     /s/Jeffrey A. Siderius_____
        Jeffrey A. Siderius

Jeffrey A. Siderius – (ARDC # 6198107)
Melissa H. Dakich – (ARDC # 6244437)
Cray Huber Horstman Heil & Van Ausdal LLC
303 W. Madison Street, Suite 2200
Chicago, Illinois 60606
(312) 332-8450
jas@crayhuber.com
mhd@crayhuber.com
*Attorneys for Plaintiff, Minnesota Lawyers Mutual*
*Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed. R.Civ.P. 5 and L.R. 5.5., that a true and correct copy of the foregoing **Notice of Motion** was filed on **March 15, 2017,** with the clerk of the court using the CM/ECF system, which will send notice to counsel of record (no appearances on file).

By:     /s/Jeffrey A. Siderius
                      Jeffrey A. Siderius