IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) No. 17-cv-2004 ) |
| **CYNTHIA J. KOROLL and ROCA LABS, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

## STATUS REPORT

Plaintiff, Minnesota Lawyers Mutual Insurance Company (MLM), by and through counsel, submits the following status report regarding the pending Florida litigation, pursuant to this Court's last order:

**I.  The Pending Florida Malpractice and Bankruptcy Litigation.**

There has been no change since Plaintiff's last report.  As the Court may recall, MLM has retained Florida counsel to defend Ms. Koroll against the *Roca Labs* lawsuit, *Roca Labs, Inc. v. Cynthia Koroll*, No. 15-CA-006540 (Circuit Court of Hillsborough County, Florida).  The *Roca Labs* lawsuit is the underlying legal malpractice lawsuit at issue in this declaratory judgment action. Roca Labs, Inc. has filed for chapter 7 bankruptcy protection in the U.S. Bankruptcy Court for the Middle District of Florida.

The undersigned counsel has recently reviewed the online bankruptcy docket in the Roca Labs, Inc. chapter 7 bankruptcy proceeding.  It shows no activity in the chapter 7 proceeding since Plaintiff's last report to this Court.

## II. Conclusion.

In response to this Court's suggestion in its May 26, 2020 docket entry (#61), Plaintiff is amenable to the Court administratively closing this case with leave to re-open if developments in the chapter 7 proceeding warrant.

Respectfully submitted,

By: /s/Jeffrey A. Siderius
Jeffrey A. Siderius (ARDC #6198107)
Cray Huber Horstman Heil
& VanAusdal, LLC
303 W. Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
*Attorney for Plaintiff Minnesota Lawyers Mutual Insurance Company*
jas@crayhuber.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing **Status Report** was filed on **September 9, 2020**, with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                                      By:    /s//Jeffrey A. Siderius
                                                        Jeffrey A. Siderius